**UNITED STATES DISTRICT COURT**
DISTRICT OF IDAHO
U.S. COURTHOUSE, ROOM 400
BOX 039
550 WEST FORT STREET
BOISE, IDAHO 83724

CAMERON S. BURKE
CLERK

208/334-1361

FILED
07 MAY 25 PM 1:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CALIFORNIA

MEMORANDUM

Date: May 15, 2007

C 07 2759

SI

E-filing

To:   Judicial Panel on Multidistrict Litigation
      Northern District of California

From: US District Court, State of Idaho
      Darlene Smith, Deputy Clerk

Re:   Case No. 07-115-S-MHW

Case Name: Humphrey v AU Optronics Corp., et al

 This case has been transferred to your District per the enclosed order. Included from the case is a certified copy of the docket sheet, complaint and transfer order.

Please acknowledge receipt of the above and return the acknowledgment to the District of Idaho.

Received by:

Date Received:

Please return acknowledgment to:

Clerk, US District Court
District of Idaho
550 W Fort St
MSC 042
Boise, ID 83724

CLASS, TERMED

# U.S. District Court
## District of Idaho (LIVE Database)Version 3.0.4 (Boise)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00115-MHW
### Internal Use Only

| | |
|---|---|
| Humphrey v. AU Optronics Corp<br>Assigned to: Honorable Mikel H. Williams<br>Cause: 15:1 Antitrust Litigation | Date Filed: 03/06/2007<br>Date Terminated: 05/15/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

**Miles H Humphrey**   represented by   **Thomas D Kershaw, Jr**
PO Box 2497
Twin Falls, ID 83303-2497
(208) 734-9622
Fax: (208) 734-9622
Email: tkershaw@sunvalley.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | COMPLAINT against AU Optronics Corp. (Filing fee $350 receipt number 225413.), filed by Miles H. Humphrey (Attachments #(1) Cover Sheet) (Kershaw, Thomas) against Miles H Humphrey ( Filing fee $ 350 receipt number 225413.), filed by AU Optronics Corp. (Attachments: # 1 Cover Sheet)(Kershaw, Thomas) |
| 03/07/2007 | 2 | NOTICE of Assignment to Magistrate Judge and Requirement for Consent sent to counsel for Miles H Humphrey re 1 Complaint, (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dks, ) |
| 03/09/2007 | 3 | Letter from Thomas D. Kershaw, Jr. (dks, ) |
| 05/15/2007 | 4 | ORDER TRANSFERRING CASE TO MDL PANEL for Northern District of California (caused to be mailed to non Registered Participants at the |

| | addresses listed on the Notice of Electronic Filing (NEF) by dks, ) |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
Dated this 15th day of May, 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy