**Mark D. Stubbs (Ut. 9353, Id. 2560)**
FILLMORE SPENCER LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: (801) 426-8200
Fax: (801) 426-8208
E-mail: mstubbs@fslaw.com
**Attorneys for Plaintiff**
**Miles H. Humphrey**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI<br><br>MDL No. 1827 |
| THIS DOCUMENT RELATES TO<br><br>*Miles H. Humphrey v. AU Optronics, Corp., Et al.*<br><br>Case No. C07-02759 SI and<br>ALL INDIRECT PURCHASER ACTIONS | **PLAINTIFF, MILES H. HUMPHREY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: November 15, 2007          FILLMORE SPENCER LLC


                                  /s/ Mark D. Stubbs
                                  Mark D. Stubbs

---

PLAINTIFF, MILES H. HUMPHREY'S CERTIFICATION OF                MDL No. C07-01827
INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-16        (Relates also to Case No. C07-02759)